UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OCEANA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-0555 (PLF) |
| | ) | |
| WILBUR ROSS, | ) | |
| United States Secretary of Commerce, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

For the reasons set forth in the opinion issued this same day, it is hereby

ORDERED that plaintiff Oceana's motion for summary judgment [Dkt. No. 19] is

GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the federal defendants' motion for summary

judgment [Dkt. No. 22] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that this matter is REMANDED WITHOUT VACATUR

to the National Marine Fisheries Service ("NMFS") for the limited purposes outlined in the

accompanying opinion; and it is

FURTHER ORDERED that the parties shall meet and confer in order to propose

a schedule by which the NMFS will address the deficiencies identified in the accompanying

opinion. On or before November 6, 2020, the parties shall file a joint status report informing the

Court whether they have reached agreement on a proposed schedule.  If the parties are not in agreement, they shall inform the Court of their respective positions.

SO ORDERED.

_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  October 9, 2020